441 A.2d 1211

COMMONWEALTH of Pennsylvania

v.

**Leonard EDWARDS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 22, 1982.

Decided March 10, 1982.

why he waited until trial to deny that his police statements were true.

Ronald A. Kovler (Court-appointed), Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Ann Lebowitz, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Judgment of sentence affirmed.